# Court of Appeals
# of the State of Georgia

ATLANTA,  November 27, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0016. AMANDA FREDERIKSEN v. MATTHEW FREDERIKSEN.**

Amanda Frederiksen has filed a Motion for Extension of Time to File Discretionary Application pursuant to Court of Appeals Rule 40 (b).

The motion is hereby GRANTED. Amanda Frederiksen is permitted twenty (20) additional days in which to file an application for discretionary appeal. Thus, the application must be filed on or before December 22, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/27/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*